:Evidence-1.

SUM-130

# SUMMONS
## (CITACIÓN JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

E-FILED
10/13/2020 1:08 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
20CV371561
Reviewed By: M Vu
Envelope: 5096737

**NOTICE TO DEFENDANT:** CHRISTINA K. DAWSON aka CHRISTINA DAWSON,
*(AVISO AL DEMANDADO):* ALEX ROYAPPA, DANIEL ROYAPPA, AMOL SINHA,
DOES I through V, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MOU UN WONG,

| | |
|---|---|
| **NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. | *¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.* |
| A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court. | *Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.* |
| There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), or by contacting your local court or county bar association. | *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local.* |
| **FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. | *EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier cantidad de $10,000 ó más recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.* |

1. The name and address of the court is: Superior Court of the Santa Clara
   *(El nombre y dirección de la corte es):* Judicial District, 191 North First Street, San Jose, CA 95113

   **CASE NUMBER** *(número del caso):*
   **20CV371561**

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Todd Rothbard, Attorney at Law #67351
   100 Saratoga Avenue, Suite 200, Santa Clara, CA 95051
   408-244-4200

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. September 1, 2019]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courts.ca.gov

SUM-130

| PLAINTIFF (Name): MOU UN WONG, | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): CHRISTINA K. DAWSON aka CHRISTINA DAWSON, ALEX ROYAPPA, DANIEL ROYAPPA, AMOL SINHA, | |

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415) ☐ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

4. Unlawful detainer assistant (complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):

   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on (date):

Date: 10/13/2020 1:08 PM    Clerk of Court    Clerk, by M Vu , Deputy
(Fecha)                                      (Secretario)        (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons (form POS-010).)

[SEAL]

5. NOTICE TO THE PERSON SERVED: You are served
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as an occupant.
   d. ☐ on behalf of (specify):
      under: ☐ CCP 416.10 (corporation).      ☐ CCP 416.60 (minor).
             ☐ CCP 416.20 (defunct corporation). ☐ CCP 416.70 (conservatee).
             ☐ CCP 416.40 (association or partnership). ☐ CCP 416.90 (authorized person).
             ☐ CCP 415.46 (occupant).          ☐ other (specify):
   e. ☐ by personal delivery on (date):

SUM-130 [Rev. September 1, 2019]    SUMMONS—UNLAWFUL DETAINER—EVICTION    Page 2 of 2

E-FILED
10/13/2020 1:08 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
20CV371561
Reviewed By: M Vu

TODD ROTHBARD #67351
STEVE NAUMCHIK #208985
RYAN MAYBERRY #232622
BRIAN SKARBEK #266948
CHRISTINA DABIS #230784
LAW OFFICES OF TODD ROTHBARD
100 Saratoga Avenue, Suite 200
Santa Clara, CA 95051
Tel: (408) 244-4200
Fax: (408) 244-4267
Attorneys for Plaintiff

SUPERIOR COURT – LIMITED CIVIL JURISDICTION

COUNTY OF SANTA CLARA, STATE OF CALIFORNIA

| | |
|---|---|
| MOU UN WONG,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINA K. DAWSON aka CHRISTINA DAWSON, ALEX ROYAPPA, DANIEL ROYAPPA, AMOL SINHA, DOES I through V, inclusive,<br><br>Defendants. | NO. 20CV371561<br><br>**COMPLAINT FOR UNLAWFUL DETAINER**<br>(Action based on CCP §1161a)<br><br>*Total damages sought are UNDER $10,000.00 |

Plaintiff alleges:

I

At all times herein mentioned, plaintiff Mou Un Wong was, and now is, an individual owner of real property in the State of California and located in the above entitled County and Judicial District.

II

The real property owned by plaintiff, possession of which is sought in this action, is situated at 1693 South Mary Ave., Sunnyvale, Santa Clara County, California, 94087.

III

The true names of defendants named herein as DOES I through V, inclusive, are unknown to plaintiffs who therefore sue said defendants by said fictitious names

COMPLAINT FOR UNLAWFUL DETAINER

- 1 -

and pray leave to amend this complaint to show the true names as they become known.

IV

On or about July 22, 2020, there was a trustee's sale of said premises following foreclosure upon a deed of trust, pursuant to the provisions of Civil Code section 2924. Plaintiff purchased said premises at the above-referenced trustee's sale. A copy of the Trustee's Deed Upon Sale is attached hereto, marked "EXHIBIT A," incorporated by reference herein and made a part hereof. Plaintiff acquired title to said premises and plaintiff's title was duly perfected thereunder on August 6, 2020.

V

Defendant Christina K. Dawson was the trustor of the deed of trust which was foreclosed upon and Defendants Alex Royappa, Daniel Royappa and Amol Sinha are family members who claim under Christina K. Dawson. The defendants remain in possession of said premises following said trustee's sale and the perfection of title.

VI

On October 5, 2020, plaintiff, MOU UN WONG, served upon defendants a written notice (with attachments) requiring defendants to quit and deliver up possession of said premises effective three days from the date of service of said notice upon them. True and correct copies of said notice and attachments and the declaration of service of notice are attached hereto, collectively marked "Exhibit B," incorporated by reference herein and made a part hereof.

VII

More than three days have elapsed since the date of service of said notice upon defendant, but defendants remain in possession of said premises without plaintiff's permission or consent. Pursuant to the provisions of Code of Civil Procedure section 1161a, there is an unlawful detainer of said premises.

VIII

The reasonable rental value of said premises is the sum of $150.00 per day, and damages for the unlawful detainer of said premises have accrued at said rate from October 9, 2020, and will continue to accrue at said rate until such time as defendant vacates said premises.

WHEREFORE: plaintiff prays judgment as follows:

1. For restitution of possession of said premises.
2. For damages at the rate of $150.00 per day from October 9, 2020 through the date of restitution of possession or the date of judgment herein, whichever comes first.
3. For costs herein, and for such other and further relief as to the Court may seem just and proper.

DATED: October 13, 2020

STEVEN NAUMCHIK
LAW OFFICES OF TODD ROTHBARD
Attorney for Plaintiff

## VERIFICATION

I, MOU UN WONG, hereby declare:

I am the plaintiff in the above-entitled action, and as such make this VERIFICATION. I have personal knowledge of the facts of this action and the facts alleged herein.

I have read the foregoing COMPLAINT FOR UNLAWFUL DETAINER and know the contents thereof, and the same is true of my own knowledge, except as to matters alleged therein upon information and belief and, as to such matters, I believe them to be true.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on October 13, 2020, at Santa Clara County, California.

_____
MOU UN WONG, Plaintiff