# Exhibit A

2456144
Regina Alcomendras
Santa Clara County - Clerk-Recorder
08/06/2020 10:06 AM

**CONFORMED COPY**
Copy of document recorded.
Has not been compared with original.

RECORDING REQUESTED BY:
California TD Specialists
Attn: Teri Snyder

AND WHEN RECORDED TO:
AND MAIL TAX STATEMENT TO:
Mou Un Wong
1797 Shamrock Ave
Santa Clara, CA 95051
Forward Tax Statements to
the address given above

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 84556
Loan #: 399247269

Order #: 1476421cad

# TRUSTEE'S DEED UPON SALE

A.P.N.: 320-17-068

Transfer Tax: $980.10

The Grantee Herein was not the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $558,062.03
The Amount Paid by the Grantee was $891,000.00
Said Property is in the City of SUNNYVALE, County of Santa Clara

**CALIFORNIA TD SPECIALISTS, AS TRUSTEE**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

## Mou Un Wong

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **Santa Clara**, State of California, described as follows:

Parcel A, as delineated upon that certain Map entitled "Record of Survey Map of a Portion of Section 11, T. 7S R2W, M.D.B.M., lying within the City of Sunnyvale", filed for record in the Office of the Recorder of the County of Santa Clara, State of California, on February 28th, 1958 in Book 91 of Maps, at Page 14.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **CHRISTINA K. DAWSON, A MARRIED WOMAN, AS HER SOLE AND SEPARATE PROPERTY** as Trustor, dated **6/5/2019** of the Official Records in the office of the Recorder of **Santa Clara**, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on **6/13/2019**, instrument number **24202964**, Book **NA**, Page **NA** of official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

Forward Tax Statements to the address given above



# TRUSTEE'S DEED UPON SALE

TS #: 84556
Loan #: 399247269
Order #: 1476421cad

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 7/22/2020. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $891,000.00, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, CALIFORNIA TD SPECIALISTS, AS TRUSTEE, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: 7/22/2020

CALIFORNIA TD SPECIALISTS, AS TRUSTEE

By: _____
PATRICIO S. INCE', VICE PRESIDENT

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF California
COUNTY OF Orange

On 7/30/2020 before me, TERI SNYDER Notary Public Personally appeared, PATRICIO S. INCE', VICE PRESIDENT who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public          (Seal)

TERI SNYDER
COMM. # 2185804
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. APRIL 4, 2021

# Exhibit B

## THREE DAY NOTICE TO QUIT
(CCP Section 1161a)

TO: Christina K. Dawson, Alex S. Royappa, Daniel Royappa, Amol A Sinha, and to all others in possession:

WITHIN THREE DAYS after the date of service upon you of this NOTICE, you are required to quit and deliver up possession of the below-described premises to Mou Un Wong, owner of said premises.

THE PREMISES which you are occupying have been foreclosed upon and title has been transferred to the above-named owner and a Trustee's Deed Upon Sale was recorded on Aug 6, 2020; you are therefore required, pursuant to the provisions of California Code of Civil Procedure Section 1161a, to vacate said premises.

YOUR FAILURE to comply with this NOTICE will result in the immediate institution of legal proceedings against you to recover possession of said premises, damages for unlawful detainer, and court costs. Should you fail to comply with this NOTICE, an unlawful detainer action will be commenced against you pursuant to the provisions of California Code of Civil Procedure Section 1161a, and the above relief will be sought.

THE PREMISES herein referred to are situated in the City of Sunnyvale, County of Santa Clara, State of California; and the street address for said property is designated as follows:

1693 S Mary Ave, Sunnyvale, CA

DATE: 10/5/2020                           10/5/2020

Owner: Mou Un Wong

1797 Shamrock Ave, Santa Clara
Phone: 650-720-2136

## Notice to Any Renters Living At the Above-Referenced Property

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you. You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it. You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Internet Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

# DECLARATION OF SERVICE OF NOTICE

I, the undersigned declare that at the time of service of the papers herein referred to, I was at least eighteen (18) years of age, and that I served the following notice:

☒ **THREE DAY NOTICE TO QUIT**

On the following occupant(s): Christina K Dawon Alexs Royappa, David Royappa, Amol A Sinha

on the 5th day of Oct, 2020.

☐ BY DELIVERING a copy for each of the above-named occupant(s) PERSONALLY

**OR**

☐ BY LEAVING a copy for each of the above-named occupant(s) with a person of suitable age and discretion at the residence or usual place of business of the occupant(s), said occupants being absent thereof;

AND MAILING by first class mail on said date a copy to each occupant by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named occupant(s) at their place of residence.

**OR**

☒ BY POSTING a copy for each of the above-named occupant(s) in a conspicuous place on the property therein described there being no person of suitable age or discretion to be found at any known place of residence of said occupant(s);

AND MAILING by first class mail on said date a copy to each occupant(s) by depositing said copies in the United States Mail, in a sealed envelope, with postage fully prepaid, addressed to the above-named occupant(s) at their place of residence

I declare, under penalty of perjury, that the foregoing is true and correct and if called as a witness to testify thereto, I could do so competently.

Executed this 5th day of Oct, 2020 at 1693 S MARY AVE, Sunnyvale California.

_____
Declarant