```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018589
Cashier ID: waltonb
Transaction Date: 02/09/2021
Payer Name: Alex Royappa
------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Alex Royappa
 Case/Party: D-CAN-5-21-CV-001006-001
 Amount:         $402.00
------------------------------------
NON-SCANNABLE CHECK
 Remitter: Christina Dawson
 Check/Money Order Num: 582
 Amt Tendered: $402.00
------------------------------------
Total Due:        $402.00
Total Tendered:   $402.00
Change Amt:       $0.00

NC

Check Non-scannable to Scanning
function not responding


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```